IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RAYMOND WASHINGTON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:16-CV-00255 |
| | § | JUDGE SCHELL/JUDGE JOHNSON |
| v. | § | |
| | § | |
| USA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 4, 2016, the report of the Magistrate Judge (Dkt. #14) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Raymond Washington's "Motion pursuant to Fed. R. Crim. P. 41(g) to Return Property" (Dkt. #1) and "Reply" (Dkt. #12) be denied. The court entered Plaintiff's acknowledgment of receipt of the report of the Magistrate Judge on January 30, 2017 (Dkt. #16).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's "Motion pursuant to Fed. R. Crim. P. 41(g) to Return Property" (Dkt. # 1) and "Reply" (Dkt. #12) are **DENIED**, and Plaintiffs' claims are **DISMISSED** with prejudice.

**SIGNED** this the 31st day of March, 2017.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE